# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| BANCRÉDITO HOLDING CORPORATION, *Plaintiff* | ) |
| v. | ) Case No. |
| DRIVEN ADMINISTRATIVE SERVICES LLC *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bancrédito Holding Corporation.

Date: 10/12/2023

/s/ Elizabeth Ireland
*Attorney's signature*

Elizabeth Ireland (NC Bar No. 47059)
*Printed name and bar number*

300 South Tryon Street
16th Floor
Charlotte, NC 28202
*Address*

eireland@winston.com
*E-mail address*

(704) 350-7700
*Telephone number*

(704) 350-7800
*FAX number*