UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANCRÉDITO HOLDING CORPORATION, on its own behalf and derivatively for the benefit of and on behalf of Nominal Defendant BANCRÉDITO INTERNATIONAL BANK & TRUST CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVEN ADMINISTRATIVE SERVICES LLC,<br><br>Defendant,<br><br>and<br><br>BANCRÉDITO INTERNATIONAL BANK & TRUST CORPORATION,<br><br>Nominal Defendant. | Case No.:_____ |

**DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1**
**(Civil Action)**

1. Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Bancrédito Holding Corporation hereby names and identifies the citizenship of the following entity whose citizenship is attributed to Plaintiff:

- Bancrédito Holding Corporation is incorporated in New York.

2. Counsel acknowledges a continuing obligation pursuant to Rule 7.1(b)(2) to "promptly file a supplemental statement if any required information changes."

1

Dated: October 12, 2023

Respectfully submitted,
**WINSTON & STRAWN LLP**

*/s/ Elizabeth Ireland*
Elizabeth Ireland
NC Bar No. 47059
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
eireland@winston.com

Abbe Lowell (*notice of special appearance forthcoming*)
DC Bar No. 358651
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
abbelowellpublicoutreach@winston.com

Richard Weber (*notice of special appearance forthcoming*)
NY Bar No. 2465094
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-1718
Fax: (212) 294-4700
rweber@winston.com

*Attorneys for Plaintiff Bancrédito Holding Corporation*