IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00575-M-BM

| | |
|---|---|
| BANCRÉDITO HOLDING CORPORATION, on its own behalf and derivatively for the benefit of and on behalf of Nominal Defendant BANCRÉDITO INTERNATIONAL BANK & TRUST CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DRIVEN ADMINISTRATIVE SERVICES LLC,<br><br>Defendant,<br><br>and<br><br>BANCRÉDITO INTERNATIONAL BANK & TRUST CORPORATION,<br><br>Nominal Defendant. | **AFFIDAVIT OF SERVICE OF PROCESS BY CERTIFIED MAIL** |

I hereby certify that on October 16, 2023, copies of the Signed Summons, Civil Cover Sheet, Complaint, Exhibit A to the Complaint, Notice of Appearance for Elizabeth Ireland, Federal Rule of Civil Procedure 7.1 Disclosure Statement, and Local Rule 7.3 Disclosure Statement were served upon the following entity by certified mail, as evidenced by the attached return receipt and delivery confirmation:

Driven Administrative Services LLC
CT Corporation System as Registered Agent
160 Mine Lake Ct, Suite 200
Raleigh, NC 27615

1

Dated: October 17, 2023

Respectfully submitted,
**WINSTON & STRAWN LLP**

_(signature: Elizabeth Ireland)_

Elizabeth Ireland
NC Bar No. 47059
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
eireland@winston.com

*Attorney for Plaintiff Bancrédito Holding Corporation*

WITNESS my hand and notarial seal, this 17th day of October, 2023.

My Commission Expires: May 13, 2028

_(signature)_

Signature of Notary Public

April Kinkade

Name of Notary Public
Notary Seal

[Notary Seal: APRIL KINKADE, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]

2



**Tracking Number:**
70192280000099071788

Copy  Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 1:31 pm on October 16, 2023 in RALEIGH, NC 27615.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
RALEIGH, NC 27615
October 16, 2023, 1:31 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Remove ✕

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

Postal Product:

Features:
Certified Mail™

See Less ∧