# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| BANCREDITO HOLDING CORPORATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-00575 |
| DRIVEN ADMINISTRATIVE SERVICES LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT DRIVEN ADMINISTRATIVE SERVICES LLC.

Date: 11/06/2023

/s/ THOMAS R. WOODROW
*Attorney's signature*

Thomas R. Woodrow
*Printed name and bar number*

Holland & Knight LLP
1120 S. Tryon Street, Suite 900
Charlotte, NC 28203
*Address*

tom.woodrow@hklaw.com
*E-mail address*

(980) 215-7828
*Telephone number*

(980) 215-7771
*FAX number*