# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
No. 23-cv-00575-M-BM

| | |
|---|---|
| BANCREDITO HOLDING CORPORATION, on its own behalf and derivatively for the benefit of and on behalf of Nominal Defendant BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br>  Plaintiff, <br><br> v. <br><br> DRIVEN ADMINISTRATIVE SERVICES, LLC, <br><br> Defendant, <br><br> and <br><br> BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

<u>DRIVEN ADMINISTRATIVE SERVICES, LLC</u> who is <u>   Defendant               </u>
(name of party/intervenor)                                    (plaintiff/defendant/other:___)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES_____         NO___**X**___

2. Does the party/intervenor have any parent corporations?

    YES_____         NO___**X**___

If yes, identify all such owners: **N/A**

3.  Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES_____          NO____**X**____

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

    YES_____          NO____**X**____

5.  Is the party/intervenor a trade association?

    YES_____          NO____**X**____

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: **N/A**

6.  If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: **N/A**

7.  In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| Name of individual/entity | State of citizenship |
|---|---|
| Ryan Marín | **Puerto Rico** |
| Wallace Rodríguez Parissi | **Puerto Rico** |
| Sigfredo Vélez | **Puerto Rico** |
| Wigberto Marcano | **Puerto Rico** |
| Patricia Wangen | **Puerto Rico** |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Thomas R. Woodrow

Date: November 6, 2023

2