IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BANCREDITO HOLDING CORPORATION, on its own behalf and derivatively for the benefit of and on behalf of Nominal Defendant BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DRIVEN ADMINISTRATIVE SERVICES LLC, <br><br> Defendant, <br><br> and <br><br> BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br> Nominal Defendant. | Case No. 23-cv-00575-M-BM <br><br><br> **DEFENDANT DRIVEN ADMINISTRATIVE SERVICES, LLC'S MOTION TO DISMISS** |

**DEFENDANT DRIVEN ADMINISTRATIVE SERVICES, LLC'S
MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT-MATTER
JURISDICTION, LACK OF PERSONAL JURISDICTION, AND
IMPROPER VENUE OR ALTERNATIVE MOTION TO TRANSFER VENUE**

Defendant, Driven Administrative Services LLC ("Driven"), pursuant to Federal Rules of Civil Procedure 12 (b)(1), (b)(2), and (b)(3), hereby moves to dismiss the following claims alleged in Plaintiff's Complaint, or in the alternative, to transfer said claims pursuant to 28 U.S.C. § 1404 to the United States District Court for the District of Puerto Rico:

1. Count I of the Complaint for Breach of Fiduciary Duty (Derivative Claim);

2. Count II of the Complaint for Professional Negligence (Derivative Claim);

3. Count III of the Complaint for Breach of Fiduciary Duty (Direct Claim); and

4. Count IV of the Complaint for Professional Negligence (Direct Claim).

The complete basis for Defendant's motion is set forth in the accompanying Memorandum of Law.

Dated: November 6, 2023

Respectfully submitted,

By: */s/* Thomas R. Woodrow
　　Thomas R. Woodrow
　　HOLLAND & KNIGHT, LLP
　　1120 S Tryon St., Suite 900
　　Charlotte, NC 28203
　　T: 980.215.7828
　　F: 980.215.7771
　　tom.woodrow@hklaw.com
　　NC Bar No. 58622

　　J. Raul Cosio (by special appearance, to be filed)
　　Florida Bar No. 503630
　　Rebecca M. Plasencia (by special appearance, to be filed)
　　Florida Bar No. 861901
　　HOLLAND & KNIGHT LLP
　　701 Brickell Avenue, Ste 3300
　　Miami, FL 33131
　　T: 305.374.8500
　　F: 305.789.7799
　　raul.cosio@hklaw.com
　　rebecca.plasencia@hklaw.com

　　*Attorneys for Defendant Driven Administrative Services LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, a copy of the foregoing **Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Lack of Personal Jurisdiction, and Improper Venue** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically provide notice to and service upon the following:

>Elizabeth Ireland, Esq.
>Winston & Strawn LLP
>300 South Tyron Street, 16th Floor
>Charlotte, NC 28202
>eireland@winston.com
>
>*Attorney for Plaintiff Bancredito Holding Corporation*

/s/ Thomas R. Woodrow