IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BANCREDITO HOLDING CORPORATION, on its own behalf and derivatively for the benefit of and on behalf of Nominal Defendant BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br>    Plaintiff, <br><br>v. <br><br>DRIVEN ADMINISTRATIVE SERVICES LLC, <br><br>    Defendant, <br><br>And <br><br>BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br>    Nominal Defendant. | Case No. 23-cv-00575-M-BM <br><br><br><br><br><br>**NOTICE OF SPECIAL APPEARANCE OF REBECCA M. PLASENCIA** |

Please take notice that the undersigned, Rebecca M. Plasencia, hereby enters a notice of special appearance as attorney for Defendant, Driven Administrative Services LLC, in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Thomas R. Woodrow.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: November 7, 2023	Respectfully submitted,

By: /s/ *Rebecca M. Plasencia*
    Rebecca M. Plasencia
    Florida Bar No. 861901
    HOLLAND & KNIGHT LLP
    701 Brickell Avenue, Ste 3300
    Miami, FL 33131
    T: 305.374.8500
    F: 305.789.7799
    rebecca.plasencia@hklaw.com

*Attorney for Defendant Driven Administrative Services LLC*


By: */s/ Thomas R. Woodrow*
    Thomas R. Woodrow
    HOLLAND & KNIGHT, LLP
    1120 S Tryon St., Suite 900
    Charlotte, NC 28203
    T: 980.215.7828
    F: 980.215.7771
    tom.woodrow@hklaw.com
    NC Bar No. 58622

*Attorney for Defendant Driven Administrative Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, a copy of the foregoing **Notice of Special Appearance** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically provide notice to and service upon the following:

>Elizabeth Ireland, Esq.
>Winston & Strawn LLP
>300 South Tyron Street, 16th Floor
>Charlotte, NC 28202
>eireland@winston.com
>
>*Attorney for Plaintiff Bancredito Holding Corporation*