IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BANCREDITO HOLDING CORPORATION, on its own behalf and derivatively for the benefit of and on behalf of Nominal Defendant BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DRIVEN ADMINISTRATIVE SERVICES LLC, <br><br> Defendant, <br><br> And <br><br> BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION, <br><br> Nominal Defendant. | Case No. 23-cv-00575-M-BM <br><br><br> **NOTICE OF SPECIAL APPEARANCE OF J. RAUL COSIO** |

Please take notice that the undersigned, J. Raul Cosio, hereby enters a notice of special appearance as attorney for Defendant, Driven Administrative Services LLC, in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Thomas R. Woodrow.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: November 7, 2023					Respectfully submitted,

        /s/ *J. Raul Cosio*
        J. Raul Cosio
        Florida Bar No. 503630
        HOLLAND & KNIGHT LLP
        701 Brickell Avenue, Ste 3300
        Miami, FL 33131
        T: 305.374.8500
        F: 305.789.7799
        raul.cosio@hklaw.com

*Attorney for Defendant Driven Administrative Services LLC*


By: /s/ *Thomas R. Woodrow*
        Thomas R. Woodrow
        HOLLAND & KNIGHT, LLP
        1120 S Tryon St., Suite 900
        Charlotte, NC 28203
        T: 980.215.7828
        F: 980.215.7771
        tom.woodrow@hklaw.com
        NC Bar No. 58622

*Attorney for Defendant Driven Administrative Services LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, a copy of the foregoing **Notice of Special Appearance** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically provide notice to and service upon the following CM/ECF participants:

Elizabeth Ireland, Esq.
**WINSTON & STRAWN LLP**
300 South Tyron Street, 16th Floor
Charlotte, NC 28202
eireland@winston.com

Abbe Lowell, Esq.
1901 L Street, NW
Washington, DC 20036
abbelowellpublicoutreach@winston.com

Richard Weber, Esq.
200 Park Avenue
New York, NY 10166-4193
rweber@winston.com

*Attorneys for Plaintiff Bancredito Holding Corporation*