IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00575-M-BM

| | |
|---|---|
| BANCRÉDITO HOLDING CORPORATION, on its own behalf and derivatively for the benefit of and on behalf of Nominal Defendant BANCRÉDITO INTERNATIONAL BANK & TRUST CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVEN ADMINISTRATIVE SERVICES LLC,<br><br>Defendant,<br><br>and<br><br>BANCRÉDITO INTERNATIONAL BANK & TRUST CORPORATION,<br><br>Nominal Defendant. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Civil Rule 83.1, please take notice that the undersigned Richard Weber hereby enters a notice of special appearance as attorney for Plaintiff Bancrédito Holding Corporation in the above-captioned matter. Mr. Weber is a member in good standing of the bar of the New York and appears in association with Elizabeth Ireland, a member of the bar of this Court. Please direct copies of all future correspondence, notices, and other contacts regarding the case to Mr. Weber.

Dated: November 7, 2023

/s/ Richard Weber
Richard Weber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-1718
Fax: (212) 294-4700
rweber@winston.com
NY Bar No. 2465094

/s/ Elizabeth Ireland
Elizabeth Ireland
Winston & Strawn LLP
300 South Tryon Street, 16th Floor
Tel: (704) 350-7700
Fax: (704) 350-7800
eireland@winston.com
NC Bar No. 47059

*Attorneys for Plaintiff Bancrédito Holding Corporation*

# CERTIFICATE OF SERVICE

We hereby certify that on November 7, 2023, a copy of the foregoing Notice of Special Appearance was filed with the Clerk of the Court using the CM/ECF System, which will automatically provide notice and service upon the following:

Thomas R. Woodrow
HOLLAND & KNIGHT, LLP
1120 S Tryon St., Suite 900
Charlotte, NC 28203
tom.woodrow@hklaw.com

J. Raul Cosio
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Ste 3300
Miami, FL 33131
raul.cosio@hklaw.com

Rebecca M. Plasencia
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Ste 3300
Miami, FL 33131
rebecca.plasencia@hklaw.com

*Attorneys for Defendant Driven Administrative Services LLC*

Dated: November 7, 2023

*/s/ Elizabeth Ireland*
Elizabeth Ireland
Winston & Strawn LLP
300 South Tryon Street, 16th Floor
Tel: (704) 350-7700
Fax: (704) 350-7800
eireland@winston.com
NC Bar No. 47059

*/s/ Richard Weber*
Richard Weber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-1718
Fax: (212) 294-4700
rweber@winston.com
NY Bar No. 2465094

*Attorneys for Plaintiff Bancrédito Holding Corporation*