UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BANCREDITO HOLDING CORPORATION,<br>Plaintiff,<br><br>vs.<br><br>DRIVEN ADMINISTRATIVE SERVICES LLC and BANCREDITO INTERNATIONAL BANK AND TRUST CORPORATION,<br>Defendants. | **JUDGMENT**<br>**CASE NO. 5:23-CV-575-M-BM** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered on January 8, 2024 [DE 23], Defendant's motion to dismiss [DE 9] is GRANTED. Given the disposition of that motion, Plaintiff's motion for a temporary restraining order [DE 21] is DENIED AS MOOT. This action is DISMISSED WITHOUT PREJUDICE.

This Judgment filed and entered on January 8, 2024, and copies to:
Counsel of record (via CM/ECF electronic notification)

January 8, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk